UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Michael Todd Dawson,
    Plaintiff,

vs.

Mercer Health & Benefits, LLC., et al.,
    Defendants.

Case No. 1:12cv702
Barrett, J.
Litkovitz, M.J.

**ORDER APPOINTING<br>PRO BONO COUNSEL IN<br>MEDIATION PROCEEDING**

On February 5, 2013, pro se plaintiff Michael Todd Dawson signed an "Agreement to Limited Appointment of Attorney for Mediation Assistance." The court will now appoint Attorney Donyetta Bailey of Rendigs, Fry, Kiely & Dennis, LLP to represent the plaintiff in the above-captioned action solely for the limited purpose of assisting the plaintiff with mediation. Attorney Donyetta Bailey is not obligated to conduct any discovery, to prepare or respond to any motions or to participate in the trial of this case. Upon the conclusion of the mediation, her representation of plaintiff Michael Todd Dawson will end. Accordingly,

**NOW, THEREFORE, IT IS ORDERED** that Attorney Donyetta Bailey be and hereby is **appointed** to pro bono representation of pro se plaintiff Michael Todd Dawson for mediation purposes only in this action.

**IT IS FURTHER ORDERED** that this proceeding be and hereby is **transferred** to United States Magistrate Judge Stephanie K. Bowman for mediation and the parties shall appear at such time as she shall designate.

**IT IS FURTHER ORDERED** that the parties shall mediate their dispute in good faith.

**IT IS ALSO ORDERED** that the parties shall not file or reveal to this court or its staff any discussions or facts disclosed during mediation without the prior consent of the adverse party.

At the conclusion of the mediation, Magistrate Judge Stephanie K. Bowman will advise the district court judge whether mediation has been successful and will not otherwise reveal any information concerning the action.

**IT IS SO ORDERED.**

Date: 2/19/13

Karen L. Litkovitz
United States Magistrate Judge

RECEIVED
FEB 15 2013
JOHN P. HEHMAN, CLERK
CINCINNATI, OHIO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Michael Todd Dawson,
    Plaintiff,

vs.

Mercer Health & Benefits, LLC., et al.,
    Defendants.

Case No. 1:12cv702
Barrett, J.
Litkovitz, M.J.

### AGREEMENT TO LIMITED APPOINTMENT OF ATTORNEY FOR MEDIATION ASSISTANCE

    I, Michael Todd Dawson, as a pro se plaintiff, agree to have the court appoint Attorney Donyetta D. Bailey, Esq. of Rendigs, Fry, Kiely & Dennis, LLP, (600 Vine Street, Suite 2650, Cincinnati, Ohio 45202), telephone number (513) 381-9244, to assist the court in representing me in the above-captioned action solely for the limited purpose of advising me with the court ordered mediation. I recognize that attorney Donyetta D. Bailey and [Rendigs, Fry, Kiely & Dennis, LLP] have accepted this engagement on a pro bono basis at the request of the court and I shall not be responsible for payment of my attorney's fees and costs. Although representation at the mediation shall include the protections of attorney-client privilege, I am not engaging attorney Donyetta D. Bailey or [Rendigs, Fry, Kiely & Dennis, LLP] and have no attorney-client relationship beyond the court ordered mediation. Attorney Donyetta D. Bailey shall not be obligated to conduct any discovery or prepare or respond to any motions, and shall not be responsible for the trial of this case. Her advising me ends upon completion of the mediation or any necessary followup thereto.

    I hereby acknowledge that I have read, understand and agree to the terms of this limited appointment of Attorney Donyetta D. Bailey for mediation assistance.

Dated this 5th day of February, 2013.

*Michael Todd Dawson*
Michael Todd Dawson
Pro se

2